UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )<br>)<br>ROLANDO COXON,                      )<br>)<br>)<br>)<br>Defendant                                )<br>)<br>)<br>) | Criminal No.     24cr10041<br><br>Violations:<br><br>Counts One - Two: Distribution of<br>And Possession with Intent to<br>Distribute Fentanyl<br>(21 U.S.C. § 841(a)(1))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Distribution of Fentanyl
(21 U.S.C. § 841(a)(1))

The Grand Jury charges:

On or about April 9, 2021, in Somerville, in the District of Massachusetts, the defendant,

ROLANDO COXON,

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1).

1

COUNT TWO
Distribution of Fentanyl
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

On or about April 16, 2021, in Boston, in the District of Massachusetts, the defendant,

ROLANDO COXON,

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of the offenses in violation of Title 21, United States Code, Section 841(a)(1), set forth in Counts One and Two, the defendant,

ROLANDO COXON,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

*Peter J Matthews*
FOREPERSON

_____
LUCY SUN
SARAH HOEFLE
MICHAEL CROWLEY
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS


District of Massachusetts: February __7__, 2024
Returned into the District Court by the Grand Jurors and filed.


/s/ Leonardo T. Vieira, 3:47pm
DEPUTY CLERK

4